UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES COREY McGEE, | )<br>) |
| Petitioner, | )<br>)   3:12-cv-00668-RCJ-WGC |
| vs. | )<br>)   **ORDER** |
| SECOND JUDICIAL DISTRICT<br>COURT, WASHOE COUNTY, *et al.*, | )<br>)<br>) |
| Respondents. | )<br>) |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee or an application to proceed *in forma pauperis* when filing a habeas corpus petition. It does not appear from file review that a dismissal without prejudice will materially affect a later analysis of the timeliness issue or other issues in regard to any promptly filed new action. The present improperly-commenced action therefore will be dismissed without prejudice.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of **a new petition in a new action**.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

1     **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

    **IT FURTHER IS ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the dismissal of this improperly-commenced action without prejudice to be debatable or wrong, given the absence of any collateral prejudice from the dismissal.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 15th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE